**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-6952**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OLUMIDE OLADIPO HASSAN, a/k/a Alex R. Shoga,
a/k/a Hassan A. Akintola, a/k/a Hassan
Gallexy, a/k/a Gallexy,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T.S. Ellis, District Judge.
(CR-93-186-A, CA-96-614-AM)

—————————

Submitted: November 6, 1997     Decided: November 25, 1997

—————————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Olumide Oladipo Hassan, Appellant Pro Se. Bernard James Apperson,
III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia,
for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Hassan</u>, Nos. CR-93-186-A; CA-96-614-AM (E.D. Va. Apr. 30, 1997). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>